AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ _____ District of _Alabama_ _____

_George Hoey Morris_

V.

_Homeland Security,_
_et al_

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: _2:05CV1118-T_

TO: (Name and address of Defendant)

_Thomas Coram, Jr._
_C/o Thomas Coram_
_745 Kowaliga Road_
_Eclectic, AC 36024_

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

_George Hoey Morris_
_Mont City Jail_
_P.O. Box 159_
_Mont, AC 36101_

_pro se_

an answer to the complaint which is served on you with this summons, within ___60___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_12/21/05_

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_ _____ District of _Alabama_

_George Holey Morris_

V.

_Homeland Security,_ **SUMMONS IN A CIVIL CASE**
_et al_

CASE NUMBER: _2:05 cv 1118-T_

TO: (Name and address of Defendant)

_Laura Barrett Canary_
_U.S. Atty's Office_
_One Court Square, P.O. Box 197_
_Mont., AL 36101_

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

_George Holey Morris_
_Montgomery City Jail_ _pro se_
_P.O. Box 159_
_Montgomery, AL 36101_

an answer to the complaint which is served on you with this summons, within ____ _60_ ____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK                                            DATE _12/21/05_

_/s/ Austin_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_Middle_    District of    _Alabama_

_George Holey Morris_

V.

_Homeland Security et al_

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: _2:05 CV1118 T_

TO: (Name and address of Defendant)

_Alberto Gonzales_
_Atty General of the US_
_US Dept of Justice, 10th & Const. Ave._
_Washington, DC. 20530_

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

_George Holey Morris_
_Montgomery City Jail_
_P.O. Box 159_
_Mont. AL 36101_   pro.se

_60_

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_12/21/05_

CLERK

DATE

(By) DEPUTY CLERK