RECEIVED
2005 DEC 23 AM 9:38

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

In The United States District Court
For The Middle District Of Alabama
Northern Division

George Hoey Morris  )
   Plaintiff        )
                    )
   v.               )   Civil Action No: 2:05-CV-1118-T
                    )         (WO)
Homeland Security, et al )
   Defendants       )

Request For Extention of Time For
Filing Objection To The Reccommendation
Of The Magistrate Judge

Come now the plaintiff George Hoey Morris who respectfully requests that this court allow an additional thirty (30) days for him to file an objection to the reccommendation of the Magistrate Judge.

The extention is neccessary because it is unreasonable to expect this objection by 03 January 06 in view of the fact that said plaintiff is appearing pro se and incarcerated without access to a law library or other reference material. In addition, plaintiff is working under time restraints that contain several holidays. Respectfully submitted on 23 December 2005.

[signature]