In The United States District Court
For The Middle District of Alabama
Northern Division

George Hoey Morris
defendant

v.

Homeland Security et al

Civil action No: 2:05-CV-1118-T
(WO)

## Motion For Extension of Time To File Objection To The Reccommendation of The Magistrate Judge

Comes now the defendant appearing pro se and requests a 45 day extention for filing the above described objection. This extention is neccessary because plaintiff is incarcerated and working without a law library or other reference materials.

Respectfully submitted on 25 December 2005

/s/ Hoey Morris

## Certificate of Service

I hereby certify that I have provided the defendants a copy of this "Request for an Extension of Time to File an Objection to the Reccomendation to the Magistrate Judge" by placing a copy of same in the US Postage (Postage Prepaid) and by addressing it as follows:

United States Department
of Homeland Security
Legal Dept
Washington, DC  20528

US Customs & Immigration
Enforcement
900 Western American Circle
Suite 301
Mobile, Al 36609

US Immigration & Customs Enforcement
301 South Ripley St.
Montgomery Al 36104

Thomas Coram Jr
℅ Thomas Coram
745 Kowaliga Rd.
Eclectic, Al. 36024

George Hoey Morris
plaintiff