**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thomas Coram, Jr.
c/o Thomas Coram
745 Kowaliga Rd
Eclectic, AL 36024

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Thomas F. Coram_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Thomas F. Coram

C. Date of Delivery
12/23

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

2:05CV1118-1
stc proc atty

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7003 2260 0005 4584 6910

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540