IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

GEORGE HOEY MORRIS              *

    Plaintiff,                  *

    v.                          * CIVIL ACTION NO. 2:05-CV-1118-T

HOMELAND SECURITY, *et al.*,    *

    Defendants.                 *

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's Motion for Extension of Time to File Objections to the Recommendation of the Magistrate Judge. (Doc. No. 5.) Plaintiff seeks an additional forty-five (45) days to file his objections because he does not have access to a law library or other reference materials. (*Id.*)

Plaintiff is advised that any objections he wishes to file should simply, but specifically, identify the findings in the Magistrate Judge's Recommendation objected to. Plaintiff is not required to cite to legal authority in order to support his objections. Therefore, while the court shall grant Plaintiff's request for additional time to file objections, the objection period will only be extended by an additional fifteen days.

Accordingly it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 5) is GRANTED; and

2. Plaintiff is GRANTED an extension from January 3, 2006 to January 18, 2006 to file his objections.

Done this 6th day of January 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE