**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery

1. Article Addressed to:

Alberto Gonzales
Atty Gen. of the US
US Dept of Justice,
Washington, DC 20530

SVC + proc order 2:05cv
10th Const Ave   1118-T

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number (Transfer from service label)
7001 1140 0001 8580 8042

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540