IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| GEORGE HOEY MORRIS | * | |
| Plaintiff, | * | |
| v. | * | 2:05-CV-1118-MHT |
| HOMELAND SECURITY, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's December 28, 2005 Motion for Extension of Time, and in light of the court's January 6, 2006 order, it is

ORDERED that the motion (Doc. No. 6) be and is hereby DENIED as moot.

Done, this 25th day of January 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE