IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


GEORGE HOEY MORRIS,            )
                               )
     Plaintiff,                )
                               )     CIVIL ACTION NO.
     v.                        )       2:05cv1118-MHT
                               )
HOMELAND SECURITY, et al.,     )
                               )
     Defendants.               )

### ORDER

After an independent and de novo review of the
record, it is ORDERED as follows:

(1) Plaintiff's objections (Doc. No. 10) are
    overruled.

(2) United States Magistrate Judge's recommendation
    (Doc. No. 2) is adopted.

(3) Defendants Department of Homeland Security and
    the Immigration Customs Enforcement are
    dismissed.

It is further ORDERED that this cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 31st day of January, 2006.


    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE