In The United States District Court
For The Middle District of Alabama
Northern Division

RECEIVED
2006 FEB -b A 10: 10

George Hoey Morris
        Plaintiff

VS

Homeland Security
Immigration Customs Enforcement
Thomas Conann Jr (individually)

)
)
)
)
)
)
)
)
)
)
)

Civil Action Number
2:05CV1118-T

## Motion To Dismiss With Leave To Refile Case

Comes now this Plaintiff before this Honorable Court to request that this Court dismiss the above styled complaint. Plaintiff is incarcerated and appearing pro se without the benefit of reference materials, access to witnesses and evidentiary material. Plaintiff respectfully prays this Court to dismiss this complaint with the specific understanding that it will be refiled at a later date.

02 February 2006
DATE

Respectfully Submitted
George Hoey Morris
Federal Detention Annex
PO Box 159
Montgomery, Al. 36101

PAGE 1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON 02 FEBRUARY 2006 THAT
I PROVIDED A TRUE AND CORRECT COPY OF THE
FOREGOING MOTION TO THE FOLLOWING DEFENDANTS
BY PLACING SAME IN THE UNITED STATES MAIL
POSTAGE PREPAID AND PROPERLY ADDRESSED AS FOLLOWS:

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY
LEGAL DEPARTMENT
WASHINGTON DC 20528

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT
301 SOUTH RIPLEY STREET
MONTGOMERY AL. 36104

UNITED STATES CUSTOMS AND
IMMIGRATION ENFORCEMENT
DEPT OF HOMELAND SECURITY
900 WESTERN AMERICAN CIRCLE
SUITE 301
MOBILE, ALABAMA 36609

THOMAS CORAM JR.
% THOMAS CORAM
745 KOWALIGA ROAD
ECLECTIC, AL 36024

GEORGE HUEY MORRIS

PAGE 2