IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE HOEY MORRIS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  2:05cv1118-MHT |
| ) | (WO) |
| HOMELAND SECURITY, *et al.*, ) | |
| ) | |
|     Defendants. ) | |

## **OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on 8 February 2006 (Doc. #14), that the Plaintiff's motion to dismiss (Doc. #13) be granted and that this case be dismissed without prejudice.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

Done this 28th day of February, 2006.

                                                /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE