IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE HOEY MORRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv1118-MHT |
| ) | (WO) |
| HOMELAND SECURITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the United States Magistrate Judge entered on 8 February 2006 (Doc. # 14), is adopted.

(2) The Plaintiff's motion to dismiss (Doc. #13) isy GRANTED.

(3) This case is DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 28th day of February, 2006.

       /s/ Myron H. Thompson  
UNITED STATES DISTRICT JUDGE